OPINION — AG — ** COUNTY HIGHWAY FUND — COUNTY EMPLOYEES — SALARIES ** (1) THE SALARIES OF THE COUNTY COMMISSIONER'S EMPLOYEES MAY BE PAID FROM THE COUNTY HIGHWAY FUND, AUTHORIZED AT 69 O.S. 1503 [69-1503], SO LONG AS THOSE EMPLOYEES ARE EMPLOYED IN THE CONSTRUCTION, MAINTENANCE AND REPAIR OF THE COUNTY HIGHWAY SYSTEM. (2) ONLY THOSE PORTIONS OF THE COUNTY HIGHWAY FUND, AT 69 O.S. 1503 [69-1503], WHICH ARE GENERATED FROM TAXATION STATUTES WHOSE APPORTIONMENT PROVISIONS SPECIFICALLY AUTHORIZE SUCH A USE MAY BE UTILIZED TO PAY THE SALARY OF THE COUNTY COMMISSIONERS AND, THEN, ONLY UNDER THE CIRCUMSTANCES AND LIMITATIONS ESTABLISHED THEREIN. (3) ANY PORTION OF THE COUNTY HIGHWAY FUND MONIES APPROPRIATED TO PAY THE SALARIES OF COUNTY COMMISSIONERS OR THEIR EMPLOYEES MUST BE INCLUDED IN DETERMINING COMPLIANCE WITH THE PROVISIONS CONTAINED IN 19 O.S. 180.58 [19-180.58] — 19 O.S. 180.68 [19-180.68], AS AMENDED. (4) UNDER THE PROVISIONS OF 19 O.S. 180.65 [19-180.65], ONLY ONE EMPLOYEE OF A COUNTY COMMISSIONER, BY WHATEVER TITLE DESIGNATED, MAY BE SALARIED AT 90% OF THE COMMISSIONER'S SALARY. (5) THE PROVISIONS OF 19 O.S. 180.65 [19-180.65], ARE APPLICABLE TO ALL EMPLOYEES OF THE COUNTY COMMISSIONERS, INCLUDING ROADWORKERS. (ROAD FUND, EMPLOYEES, COUNTY EMPLOYEES, WORKERS) CITE: OPINION NO. 71-286, 19 O.S. 180.62 [19-180.62], 19 O.S. 180.62 [19-180.62], 19 O.S. 180.63 [19-180.63] 19 O.S. 180.64A [19-180.64A] [19-180.64A], 19 O.S. 180.68 [19-180.68], 19 O.S. 180.65 [19-180.65] [19-180.65], 68 O.S. 504 [68-504](D), 68 O.S. 519 [68-519] [68-519], 68 O.S. 1004 [68-1004](2)(C), 69 O.S. 601 [69-601] [69-601], 69 O.S. 1503 [69-1503] (WILLIAM J. BULLARD) SEE: OPINION NO. 92-538 (1992) ** SEE OPINION NO. 92-558 (1992) ** SEE: OPINION NO. 96-014 (1996) **